[This opinion has been published in *Ohio Official Reports* at 75 Ohio St.3d 1206.]

CAMPBELL ET AL., APPELLEES, *v*. WARREN GENERAL HOSPITAL ET AL.;

BELANY, APPELLANT.

[Cite as *Campbell v. Warren Gen. Hosp.*, 1996-Ohio-217.]

*Appeal dismissed as improvidently allowed.*

(No. 95-180—Submitted February 20, 1996—Decided April 3, 1996.)

APPEAL from the Court of Appeals for Trumbull County, No. 93-T-4932.

————————————

*Richard D. Goldberg*, for appellees.

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Janis L. Small* and *David W. Sumner*, for appellant.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, PAINTER, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY and COOK, JJ., Dissent.

MARK P. PAINTER, J., of the First Appellate District, sitting for WRIGHT, J.

————————————

**COOK, J., dissenting.**

{¶ 2} I would reverse the judgment of the court of appeals and reinstate the verdict for defendants.

F.E. SWEENEY, J., concurs in the foregoing dissenting opinion.

————————————